364 McPHEE vs. CIRCUIT JUDGE (Wayne), No. 15653½.

To vacate an order forfeiting a recognizance and ordering relator's re-arrest, where he had been taken before a justice upon complaint for assault and battery and convicted, and on appeal to the Circuit Court had been required to enter into a recognizance for his appearance, and relator insisted that the justice had no authority to require the recognizance and that the Circuit Court was without jurisdiction in the matter.

Order to show cause denied June 11, 1896.

365 MOSHER vs. CIRCUIT JUDGE (Bay), No. 15196; 66 N. W., 478; 2 D. L. N., 965.

To vacate an order directing the sale of lumber and shingles, seized on attachment, at the suit of the First National Exchange Bank, as "perishable property" within the meaning of Sec. 8011, How. Stat.

Granted March 11, 1896, with costs against the bank.

366 TILLOTSON vs. CIRCUIT JUDGE (Saginaw), No. 13787, 97 M., 585.

To compel respondent to vacate an order fixing a time for hearing a motion to ascertain the amount due a defendant, in an action of ejectment, for taxes and improvements, the tax deed under which he claimed the land having been adjudged invalid in said action.

Granted November 28, 1893, with costs.